AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 05-467

# ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF __3__ COPIES OF AO FORM 85.

__JUL 0 6 2005__
(Date forms issued)

_Danny P Randolph Jr._
(Signature of Party or their Representative)

_DANNY P RANDOLPH SR_
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action