∿AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ Delaware _____

PHILADELPHIA FEDERATION OF
TEACHERS HEALTH AND
WELFARE FUND, on behalf of
themselves and all others similarly
situated,
V.

**SUMMONS IN A CIVIL CASE**

ABBOTT LABORATORIES,
FOURNIER INDUSTRIE ET SANTE,
and LABORATORIES FOURNIER,
S.A.

CASE NUMBER:  05 - 467

TO: (Name and address of Defendant)

Abbott Laboratories
100 Abbott Park Road
Abbott Park, IL 60064
By serving the Delaware Secretary of State as statutory
agent under 10 Del. C. §3104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

A. Zachary Naylor
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                              JUL 0 6 2005

CLERK                                                        DATE

_Evette Watson_

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE July 7, 2005 |
| NAME OF SERVER (PRINT) Mark Messina | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served: Abbott Laboratories c/o Delaware Secretary of State, Townsend Building, Dover, DE. Copies thereof were accepted by P. Johnson at 1:59 p.m.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/7/05
       Date        Signature of Server

Tristate Courier & Carriage
824 North Market Street
Wilmington, DE 19801
       Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.