IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHILADELPHIA FEDERATION OF TEACHERS HEALTH AND WELFARE FUND, on behalf of themselves and all others similarly situated,<br><br>v.<br><br>ABBOTT LABORATORIES, FOURNIER INDUSTRIE ET SANTE, and LABORATOIRES FOURNIER, S.A.,<br><br>Defendants. | Civil Action No. 05-467-KAJ |

**AFFIDAVIT OF NON-RESIDENT SERVICE**

STATE OF DELAWARE         :
                          : ss.
COUNTY OF NEW CASTLE      :

I, Robert R. Davis, being duly sworn, according to law, deposes and says:

1.   He is an attorney admitted to practice before the bar of the Supreme Court of the State of Delaware.

2.   He is an associate at the law firm of Chimicles & Tikellis LLP, attorneys for Plaintiffs in the above-captioned matters.

3.   Service of process was made in Civil Action No. 05-467-KAJ pursuant to 10 Del. C. § 3104 on defendant Abbott Laboratories by serving the Secretary of State of the State of Delaware, on July 7, 2005.

4.   On July 8, 2005, I caused copies of the process served on the Secretary of State in Civil Action No. 05-467-KAJ to be mailed, by registered mail, return receipt

requested to defendant Abbott Laboratories, addressed as follows: Abbott Laboratories, Attn: General Counsel, 100 Abbott Park Road, Abbott Park, IL 60064. A true and correct copy of the letter transmitting the Summons and Complaint is attached hereto as Exhibit "A."

5. A true and correct copy of the original registered mail receipts obtained at the time of mailing is attached hereto as Exhibit "B."

6. A true and correct copy of the original signed and returned "green card" return receipt, received by the undersigned affiant on July 18, 2005 is attached hereto as Exhibit "C."

Robert R. Davis (#4536)

SWORN TO AND SUBSCRIBED before me this 19th day of July, 2005.

Catherine H. Emmett, Notary
State of Delaware
My Commission Expires 1/26/07