IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

PHILADELPHIA FEDERATION OF
TEACHERS HEALTH AND WELFARE
FUND, on behalf of themselves and all others
similarly situated,

v.

ABBOTT LABORATORIES, FOURNIER
INDUSTRIE ET SANTE, and
LABORATOIRES FOURNIER, S.A.,

                                      Defendants.

Civil Action No. 05-467-KAJ

## **AFFIDAVIT OF NON-RESIDENT SERVICE**

STATE OF DELAWARE            :
                             : ss.
COUNTY OF NEW CASTLE         :

I, Robert R. Davis, being duly sworn, according to law, deposes and says:

1.    He is an attorney admitted to practice before the bar of the Supreme Court
of the State of Delaware.

2.    He is an associate at the law firm of Chimicles & Tikellis LLP, attorneys
for Plaintiffs in the above-captioned matters.

3.    Service of process was made in Civil Action No. 05-467-KAJ pursuant to
10 Del. C. § 3104 on defendants Laboratories Fournier, S.A. and Fournier Industrie Et
Sante by serving the Secretary of State of the State of Delaware, on July 7, 2005.

4.    On July 8, 2005, I caused copies of the process served on the Secretary of
State in Civil Action No. 05-467-KAJ to be mailed, by international registered mail,

return receipt requested to defendant Laboratories Fournier, S.A., 42 Rue de Longvie, 21300 Chenove, France. A true and correct copy of the letter transmitting the Summons and Complaint is attached hereto as Exhibit "A."

5.      On July 8, 2005, I caused copies of the process served on the Secretary of State in Civil Action No. 05-467-KAJ to be mailed, by international registered mail, return receipt requested to defendant Fournier Industrie Et Sante, 42 Rue de Longvie, 21300 Chenove, France. A true and correct copy of the letter transmitting the Summons and Complaint is attached hereto as Exhibit "B."

6.      A true and correct copy of the original registered mail receipts obtained at the time of mailing are attached hereto as Exhibit "C."

7.      A true and correct copy of the original signed and returned "pink cards" return receipts, received by the undersigned affiant on July 26, 2005 are attached hereto as Exhibit "D."

_____
Robert R. Davis (#4536)

SWORN TO AND SUBSCRIBED before me this 1st day of August, 2005.

_____
Catherine H. Emmett, Notary
State of Delaware
My Commission Expires 1/26/07